```
FILED
September 22, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                             )<br>     Plaintiff,               )<br>v.                             )<br>                             )<br>CHUNJIN ZHU,                  )<br>                             )<br>     Defendant.              ) | Case No. 2:14-CR-00340-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHUNJIN ZHU , Case No.  2:14-CR-00340-MCE , Charge  21USC § 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        ✔ Unsecured Appearance Bond $50,000.

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 22, 2015  at  2:08 pm .

                                        By   /s/ Allison Claire/s/ Allison Claire
                                               Allison Claire
                                               United States Magistrate Judge

Copy 2 - Court